

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STARLISHA SHORTER, INDIVIDUALLY AND                                   **PLAINTIFF**
STARLISHA SHORTER ON BEHALF OF
TIANNI PARSON, A MINOR

VS.                                        CIVIL ACTION NO.: 5:04cv204BrSu

**WHIRLPOOL CORPORATION**                                              **DEFENDANT**

## JUDGMENT OF DISMISSAL

CAME ON THIS DAY FOR HEARING, the Motion of the Plaintiffs, Starlisha Shorter, individually and on behalf Tianni Parson, a minor, for a Judgment of Dismissal with Prejudice, and the Court being advised that all claims and causes of action by Plaintiffs against the Defendant, Whirlpool Corporation, herein have either been dismissed or fully and finally settled and compromised, and the Court being otherwise fully advised in the premises, finds that said Motion well-taken and that the same should be, and is hereby, sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that all claims and causes of action asserted by Plaintiffs, Starlisha Shorter, individually and on behalf Tianni Parson, a minor, against the Defendant, Whirlpool Corporation, herein are fully and finally dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 17th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
Attorney for Plaintiffs

_____
Attorney for Defendant